247

**STATE OF MAINE**
LTT 09/08/2020 02:48 PM 44003#304978 120.00 mmh
LONG TERM SEMI-TRAILER REGISTRATION
MAINE RE-REGISTRATION? ☐ YES ☒ NO

| MAKE | YEAR | UNIT # | COLOR | TLR | 30-36433 |
|---|---|---|---|---|---|
| GDAN | 2021 | | | | |

| STYLE | Vehicle Identification No. (Serial No.) | TITLE STATE | |
|---|---|---|---|
| SE | 1GR1P0629MJ306905 | AQ47491 | |

| NAME | RABAAB TRUCKING, LLC. |
|---|---|
| MAILING ADDRESS | 9111 TAUB RD. |
| | HOUSTON    TX    ZIP CODE 77064 |
| LEGAL RESIDENCE | AB LEDUE ENTERPRISES    ME    44003 |

09/08/2020

MVRT-10E 07/2015
Start Year: 2020
Expires   02/28/2030

OFFICE COPY

---

**STATE OF MAINE**
LTT 09/08/2020 02:48 PM 44003#304978 120.00 mmh
LONG TERM SEMI-TRAILER REGISTRATION
MAINE RE-REGISTRATION? ☐ YES ☒ NO

| MAKE | YEAR | UNIT # | COLOR | TLR | 30-36433 |
|---|---|---|---|---|---|
| GDAN | 2021 | | | | |

| STYLE | Vehicle Identification No. (Serial No.) | TITLE STATE |
|---|---|---|
| SE | 1GR1P0629MJ306905 | AQ47491 |

| NAME | RABAAB TRUCKING, LLC. |
|---|---|
| MAILING ADDRESS | 9111 TAUB RD. |
| | HOUSTON    TX    ZIP CODE 77064 |
| LEGAL RESIDENCE | AB LEDUE ENTERPRISES    ME    44003 |

09/08/2020

MVRT-10E 07/2015
Start Year: 2020
Expires   02/28/2030

REGISTRATION COPY

**EXHIBIT 3**

UPON THE TRANSFER OF OWNERSHIP OF THE VEHICLE DESCRIBED HEREIN, THIS REGISTRATION EXPIRES, AND THE PERSON TO WHOM THIS CERTIFICATE WAS ISSUED MUST REMOVE THE PLATES AND FILL IN THE BLANKS BELOW AND PRESENT TO THE REGISTRATION OFFICE UPON MAKING TRANSFER OR FORWARD THIS CERTIFICATE TO THE SECRETARY OF STATE, 29 STATE HOUSE STATION, AUGUSTA, MAINE 04333.

DEAR SIR: I HEREBY REPORT THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED IN THIS CERTIFICATE HAS BEEN:

☐ RETAINED  ☐ TRANSFERRED  ☐ JUNKED  ☐ ABANDONED  ☐ LOST BY FIRE, THEFT OR ACCIDENT

TRANSFERRED TO:

NAME _____

STREET AND NUMBER _____

CITY OR TOWN _____ STATE _____

DATE TRANSFERRED _____

SIGNATURE _____

ADDRESS _____