# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DB INSURANCE CO., LTD. (U.S. BRANCH) ) ) *Plaintiff*, ) ) v. ) ) RABAAB TRUCKING, LLC, *et al*, ) *Defendants*. ) | CIVIL ACTION NO. 4:25-cv-1779 |

### *NOTICE OF DISMISSAL WITHOUT PREJUDICE OF VERYABLE, INC.*

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (B), Plaintiff DB Insurance Co., Ltd. (U.S. Branch) and Defendant Veryable Inc. (the only party who has appeared in this matter) hereby stipulate to dismissal without prejudice of Defendant Veryable, Inc., only. This action remains pending against the other Defendants.

Respectfully submitted,

*/s/ William B. Thomas*
WILLIAM B. THOMAS
Texas Bar No. 24083965
S.D. Tex. Federal I.D. No. 2137893
MCDOWELL HETHERINGTON LLP
First City Tower
1001 Fannin, Suite 2400
Houston, Texas 77002
(713) 337-5580 * Fax (713) 337-8850
william.thomas@mhllp.com

*Attorneys for Veryable Inc.*

*/s/ Crystal L. Maluchnik*
STEVEN G. JANIK
Texas Bar No. 24090581
S.D. Tex. Federal I.D. No. 3863857
CRYSTAL L. MALUCHNIK
*Attorney-In-Charge*
Ohio Bar No. 0077875
Federal I.D. No: 3863856
JANIK L.L.P.
P.O. Box 470550
Cleveland, Ohio 44147
(440) 838-7600 * Fax (440) 838-7601
steven.janik@janiklaw.com
crystal.maluchnik@janiklaw.com

*Attorneys for Plaintiff DB Insurance Co., Ltd. (US Branch)*

1

945836

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 4th day of August 2025 and a copy has been sent to the following via regular U.S. Mail, postage prepaid upon the following:

Rabaab Trucking, LLC
c/o Amarpal Sandhu, Registered Agent
10580 Hammerly Blvd., #113
Houston, TX 77043

Eddie Robinson
126 W. McKinley Street
Baton Rouge, LA 70802
*Defendant*

and

Rabaab Trucking, LLC
c/o Workplace Compliance and Solutions, Inc.
213 Park Avenue
Hereford, TX 79045
*Defendant*

Sharyl Burris
1629 Thomas Blvd.
Bogalusa, LA 70427
*Defendant*

Rudolph M. Culp, as the Dependent Administrator of Estate of Edderick Penton
Horrigan, Goehrs, Edwards & Culp, LLP
1401 Truxillo Street
Houston, TX 77004-3957
*Defendant*

Graniti Vicentia, LLC
Andrew D. Weisblatt, Registered Agent
2135 State Highway 6 South
Houston, TX 77007
*Defendant*

*/s/ Crystal L. Maluchnik*
*One of the Attorneys for Plaintiff DB Insurance Co., Ltd. (U.S. Branch)*

945836