UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DB INSURANCE CO., LTD. (U.S. BRANCH) | ) ) | |
| *Plaintiff,* | ) ) | CIVIL ACTION NO. 4:25-cv-1779 |
| v. | ) ) | |
| RABAAB TRUCKING, LLC, *et al*, | ) ) | |
| *Defendants.* | ) | |

## STIPULATION OF DISMISSAL

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (B), Plaintiff DB Insurance Co., Ltd. (US Branch) and Rabaab Trucking, LLC (the only party defendant that has appeared in this action), by and through counsel, hereby stipulate that the above-captioned action is dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Crystal L. Maluchnik*
STEVEN G. JANIK
Texas Bar No. 24090581
Federal I.D. No. 3863857
CRYSTAL L. MALUCHNIK
*Attorney-In-Charge*
Ohio Bar No. 0077875
Federal I.D. No: 3863856
JANIK L.L.P.
P.O. Box 470550
Cleveland, Ohio 44147
(440) 838-7600 * Fax (440) 838-7601
steven.janik@janiklaw.com
crystal.maluchnik@janiklaw.com

*Attorneys for Plaintiff DB Insurance Co., Ltd. (US Branch)*

1

Respectfully submitted,

*/s/ Emileigh S. Hubbard*
Vic Houston Henry
TBA No. 09484250
vhhenry@hoaf.com
Emileigh Stewart Hubbard
TBA No. 24076717
ehubbard@hoaf.com

**HENRY ODDO AUSTIN & FLETCHER,**
   **a Professional Corporation**
1717 Main Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 658-1900
Facsimile:   (214) 658-1919

*Attorney for Defendant Rabbab Trucking, LLC*

### CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 30th day of January 2026 and a copy has been sent to the following via regular U.S. Mail, postage prepaid upon the following:

Eddie Robinson
126 W. McKinley Street
Baton Rouge, LA 70802
*Defendant*

Sharyl Burris
1629 Thomas Blvd.
Bogalusa, LA 70427
*Defendant*

Rudolph M. Culp, as the Dependent Administrator of Estate of Edderick Penton
Horrigan, Goehrs, Edwards & Culp, LLP
1401 Truxillo Street
Houston, TX 77004-3957
*Defendant*

Graniti Vicentia, LLC
Andrew D. Weisblatt, Registered Agent
2135 State Highway 6 South
Houston, TX 77007
*Defendant*

*/s/ Crystal L. Maluchnik*
*One of the Attorneys for Plaintiff DB Insurance Co., Ltd. (U.S. Branch)*

2